# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   14−33552−KRH
**Chapter**   7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert E. Green
2155 Hunters Mill Road
Powhatan, VA 23139

Patricia L. Green
2155 Hunters Mill Road
Powhatan, VA 23139

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−6408              Joint Debtor: xxx−xx−3528

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor:  NA                      Joint Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on July 23, 2014 dismissing the above−captioned case.

Dated:   December 26, 2014

For the Court,

[VAN015vDec2009.jsp]

William C. Redden, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

```
In re:                                                          Case No. 14-33552-KRH
Robert E. Green                                                 Chapter 7
Patricia L. Green
        Debtors              CERTIFICATE OF NOTICE
District/off: 0422-7          User: sewardt              Page 1 of 2              Date Rcvd: Dec 26, 2014
                              Form ID: VAN015            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2014.
db/jdb        +Robert E. Green,    Patricia L. Green,    2155 Hunters Mill Road,    Powhatan, VA 23139-5947
12439018      +Advfinsrvinc,    10 S. Cole Rd.,    Boise, ID 83709-0930
12439020      +Boise,   10 S. Cole Rd.,    Boise, ID 83709-0930
12439021      +Bon Secours Health System,    P.O. Box 11302,    Richmond, VA 23230-1302
12439022      +Cac Financial Corp,    2601 Nw Expwy,    Oklahoma City, OK 73112-7236
12439025      +Cmre Financial Svcs In,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6753
12439027      +Dp Of Educ,    2505 S Finley Rd,    Lombard, IL 60148-4867
12439030     ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
              (address filed with court: Focus Recry,     9701 Metropolitan Suite B,    Richmond, VA 23236-0000)
12439029       Firstpoint Coll Reso,    Roanoke, VA 24018-0000
12439033      +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
12439034       Horizon Fin,    00000-0000
12439038      +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
12439040      +Progressive Mgmt Syste,    1521 W Cameron Ave Fl 1,    West Covina, CA 91790-2738
12439041      +Saint Frances Hospital,    P.O. Box 2589,    Columbus, OH 43216-2589
12439043      +Spicer Automotive,    10099 Whitesel Road,    Ashland, VA 23005-3427
12439017      +Winslow & McCurry, PLLC,    Christopher M. Winslow,    1324 Sycamore Square,
               Midlothian, VA 23113-4668

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QLLTAVENNER.COM Dec 26 2014 23:18:00      Lynn L. Tavenner,
               20 North Eighth Street, Second Floor,    Richmond, VA 23219-3302
12439023      +EDI: STFC.COM Dec 26 2014 23:18:00      Cach, Llc,   4340 S Monaco St Unit 2,
               Denver, CO 80237-3408
12439024      +EDI: CAPIO.COM Dec 26 2014 23:18:00      Capio Partners Llc,    2222 Texoma Pkwy Ste 150,
               Sherman, TX 75090-2481
12439032       EDI: RMSC.COM Dec 26 2014 23:18:00      Gecrb/Jcp,   Po Box 984100,    El Paso, TX 79998-0000
12439035      +EDI: IIC9.COM Dec 26 2014 23:23:00      I C System Inc,   Po Box 64378,
               Saint Paul, MN 55164-0378
12439036      +E-mail/Text: bankruptcydepartment@ncogroup.com Dec 27 2014 00:15:52      Nco Fin/38,
               2360 Campbell Crk Ste 50,    Richardson, TX 75082-4452
12439037      +E-mail/Text: bankruptcy@onlineis.com Dec 27 2014 00:16:39      Online Collections,   Po Box 1489,
               Winterville, NC 28590-1489
12439039      +EDI: PRA.COM Dec 26 2014 23:23:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4962
12439042      +EDI: DRIV.COM Dec 26 2014 23:18:00      Santander Consumer Usa,    Po Box 961245,
               Ft Worth, TX 76161-0244
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12439028       EAWilliams Property Management
12439031*    ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
              (address filed with court: Focused Recovery Solut,    9701 Metropolitan Ct Ste,
               North Chesterfield, VA 23236-0000)
12439019     ##+Bcc Financial Manage,    3230 W Commercial Blvd Ste 200,    Fort Lauderdale, FL 33309-3400
12439026     ##+Credit Adjustment Bo,    306 East Grace Street,    Richmond, VA 23219-1795
                                                                                              TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0422-7          User: sewardt              Page 2 of 2              Date Rcvd: Dec 26, 2014
                              Form ID: VAN015            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2014 at the address(es) listed below:
              Christopher Mark Winslow    on behalf of Joint Debtor Patricia L. Green chris@chriswinslow.com,
               winslowparalegal@gmail.com
              Christopher Mark Winslow    on behalf of Debtor Robert E. Green chris@chriswinslow.com,
               winslowparalegal@gmail.com
              Lynn L. Tavenner     ltavenner@tb-lawfirm.com,  ltavenner@ecf.epiqsystems.com;jwolf@tb-lawfirm.com
                                                                                                 TOTAL: 3
```